# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Plaintiff,

v.

Case No.: 1:24−mc−00265
Honorable Beth W. Jantz

Suppressed

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 15, 2024:

    MINUTE entry before the Honorable Beth W. Jantz: Pursuant to Fed. Crim. R. P. 41(f)(1)(D) and LR 41(f), the return of the search warrant, along with a copy of the warrant, must be filed within 60 days of the execution of the warrant. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.